MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff BRYANT DEMPSEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT DEMPSEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN AMICABLE LIFE INSURANCE OF COMPANY TEXAS; DOES 1-10<br><br>　　　　Defendants. | Case No.: 2:24-cv-02314-DSF (KESx)<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff BRYANT DEMPSEY and Defendant AMERICAN AMICABLE LIFE INSURANCE OF COMPANY TEXAS (collectively, "the Parties") reached an agreement to resolve this Action in its entirety. Documents are being prepared to finalize the resolution of this matter, and the Parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorneys' fees and costs, within 45 days.

DATED: September 5, 2024          DONAHUE & HORROW, LLP

*/s/ Scott E. Calvert*
MICHAEL B. HORROW
SCOTT E. CALVERT
*Attorneys for Plaintiff BRYANT DEMPSEY*