JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT DEMPSEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN AMICABLE LIFE INSURANCE OF COMPANY TEXAS; DOES 1-10<br><br>    Defendants. | Case No.: 2:24-cv-02314-DSF (KESx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

– 1 –

**ORDER**

The Court, having considered the parties stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled action is dismissed with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 2, 2024

_____
Hon. Dale S. Fischer
United States District Judge